IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GARY A. SMITH, TAMARA SMITH h/w, Plaintiffs, | CIVIL ACTION |
|---|---|
| v. | |
| HOWMEDICA OSTEONICS CORP. AND STRYKER CORPORATION, Defendants. | NO. 17-1174 |

# O R D E R

**AND NOW**, this 27th day of April, 2017, upon consideration of the Defendants' Motion to Dismiss (ECF #4), the Plaintiffs' Response in Opposition (ECF #6), and the Defendants' Reply thereto (ECF #8), **IT IS ORDERED** as follows:

(1) The motion to dismiss Plaintiffs' strict liability claim is **GRANTED** insofar as it alleges a design defect, and **DENIED** insofar as it alleges a manufacturing defect. Count One is **DISMISSED** insofar as it alleges a design defect.

(2) The motion to dismiss Plaintiffs' negligence claim is **GRANTED**. Count Two is **DISMISSED**.

(3) The motion to dismiss Plaintiffs' claim for breach of the implied warranty of merchantability is **GRANTED** insofar as it alleges a design defect, and **DENIED** insofar as it alleges a manufacturing defect. Count Three is **DISMISSED** insofar as it alleges a design defect.

(4) The motion to dismiss Plaintiffs' claim for loss of consortium is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**